UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRELL D. CURNE,<br>Plaintiff,<br>v.<br>TWITTER, INC.,<br>Defendant. | Case No. 26-cv-07196-AGT<br><br>**ORDER DENYING IFP APPLICATION**<br><br>Re: Dkt. Nos. 2, 9 |

Plaintiff Jarrell Curne has filed an application to proceed *in forma pauperis*. Dkt. 2. Rather than completing the district's standard IFP form, Plaintiff has prepared his own application. *Id.* However, his application doesn't include information the Court needs to assess whether he's eligible to proceed *in forma pauperis*. For example, it states that Plaintiff is presently unemployed and doesn't receive income from any source. *Id.* at 1. But it doesn't provide information about his previous employment, his assets, or his current expenses, which are also relevant to the Court's IFP determination. *Id.* at 1-2. The Court therefore denies Plaintiff's application without prejudice.

/ / /

/ / /

/ / /

By November 5, 2026, Plaintiff must either file a complete *in forma pauperis* application or pay the filing fee. The Court refers Plaintiff to the district's standard IFP application.[1] It also notes that Plaintiff now appears to be incarcerated. Dkt. 8. Because individuals who are incarcerated at the time they file their complaint are subject to different *in forma pauperis* procedures, Plaintiff's application should also state with particularity when his period of incarceration began, and whether he was incarcerated at the time he filed his complaint. If Plaintiff doesn't file a complete IFP application or pay the filing fee by November 5, the undersigned will recommend that a district judge dismiss his claims.

This order disposes of dkts. 2 and 9.

**IT IS SO ORDERED.**

Dated: October 5, 2026

Alex G. Tse
United States Magistrate Judge

[1] The form is online at https://cand.uscourts.gov/sites/default/files/forms/Application-to-Proceed-In-Forma-Pauperisnon-prisoner.pdf.